USA v. Javonte Deshawn Washington & Nygeria Tasheema Brown
4:23-CR-17

## Index of Discovery #1 Produced on February 28, 2023 Via USAfx

*4473 Folder*

| Name |
|---|
| Firearms Transaction Record - Nygeria Brown.pdf |
| Z & Son Fine Guns Receipt - Nygeria Brown.pdf |

*Approved ROIs Folder*

| Name |
|---|
| ROI #1 - Case Initiation.pdf |
| ROI #2 - Interview of Javonte Washington.pdf |
| ROI #3 - Z & Son Video Surveillance.pdf |
| ROI #4 - Interstate Nexus.pdf |
| ROI #5 - Non-Custodial Interview of Nygeria Brown.pdf |
| ROI #6 - Phone Interview of Nygeria Brown.pdf |

*ATF Blue Cover Folder*

| Name |
|---|
| ATF Blue Cover |

*ATF Trace Folder*

| Name |
|---|
| Smith & Wesson (Serial #JPT028).pdf |
| Smith & Wesson (Serial #JPT7028).pdf |

*Audio Recording\Javonte Washington Interivew Folder*

| Name |
|---|
| Javonte Washington Interview 11-23-2022.m4a |
| Javonte Washington Interview Notes 11-23-2022.pdf |

*Audio Recording\Nygeria Brown Interivew Folder*

| Name |
|---|
| Nygeria Brown Interview 01-12-2023.m4a |
| Nygeria Brown Interview Notes 01-12-2023.pdf |

*BWC Recordings\CPL Terry Pait Folder*

| Name | | | |
|---|---|---|---|
| 📁 202211221044 WFC1113902 105090166 | 2/1/2023 9:53 AM | File folder | |
| 📄 GCPD_221122020_20221208_1542.wgplayer | 12/8/2022 3:42 PM | WGPLAYER File | 1 KB |

### *BWC Recordings\DET Joshua Shuford Folder*

| Name | | | |
|---|---|---|---|
| 📁 202211221056 VHC2041745 55384612 | 2/1/2023 9:54 AM | File folder | |
| 📄 GCPD_221122020_20221208_1548.wgplayer | 12/8/2022 3:48 PM | WGPLAYER File | 1 KB |

### *BWC Recordings\OFC Bradwick Sherrod Folder*

| Name | | | |
|---|---|---|---|
| 📁 202211221043 1914 57629795 | 2/1/2023 9:59 AM | File folder | |
| 📁 202211221044 WFC1125146 83993073 | 2/1/2023 10:00 AM | File folder | |
| 📄 GCPD_221122020_20221208_1537.wgplayer | 12/8/2022 3:37 PM | WGPLAYER File | 1 KB |

### *BWC Recordings\OFC Shawn Rice Folder*

| Name | | | |
|---|---|---|---|
| 📁 202211221147 WFC1130072 42694878 | 2/1/2023 10:03 AM | File folder | |
| 📄 GCPD_221122020_20221209_1001.wgplayer | 12/9/2022 10:01 AM | WGPLAYER File | 1 KB |

### *BWC Recordings\OFC Spencer Semple Folder*

| Name | | | |
|---|---|---|---|
| 📁 202211221043 2238 321795250 | 2/1/2023 10:08 AM | File folder | |
| 📁 202211221044 WFC1101154 103996118 | 2/1/2023 10:09 AM | File folder | |
| 📄 GCPD_221122020_20221208_1544.wgplayer | 12/8/2022 3:44 PM | WGPLAYER File | 1 KB |

### *BWC Recordings\SGT Phillip Green Folder*

| Name | | | |
|---|---|---|---|
| 📁 202211221108 1619 48358768 | 2/1/2023 10:13 AM | File folder | |
| 📁 202211221109 WFC1042600 102773793 | 2/1/2023 10:14 AM | File folder | |
| 📄 GCPD_221122020_20221208_1545.wgplayer | 12/8/2022 3:45 PM | WGPLAYER File | 1 KB |

### *BWC Recordings Folder*

| Name |
|---|
| Incident Report & Photos.pdf |

### *Convictions - Javonte Washington Folder*

| Name |
|---|
| Chatham County Records Request.pdf |
| Superior Ct Chatham Co (CR141390J2).pdf |
| Superior Ct Chatham Co (CR150600J2).pdf |

Exhibit A - Page **2** of **5**

*Criminal History Folder*

| Name |
| --- |
| Criminal History - Javonte Washington (Updated).pdf |
| Criminal History - Javonte Washington.pdf |
| Phoenix - Javonte Washington (5 pages).pdf |
| Phoenix - Javonte Washington (8 pages).pdf |

*FFL Photos Folder*

| Name |
| --- |
| FFL Photos.pdf |

*GBI Prints Folder*

| Name |
| --- |
| Certified GBI Fingerprint Request - Javonte Washington.pdf |
| GBI Fingerprints - Javonte Washington.pdf |

*Jail Calls Folder*

| Name |
| --- |
| Call List 11-22-22 thru 01-12-23.xlsx |
| CCSO Jail Call Request - Javonte Washington.pdf |
| cdrdata.csv |
| Jail Call Certification.pdf |
| notes.txt |
| P2_5033_38_20221212092733.wav |
| P2_5033_101_20221208092907.wav |
| P3_5033_45_20221219122358.wav |
| P3_5033_81_20221212090533.wav |
| P5_5033_93_20221215124059.wav |
| P5_5033_94_20221210103623.wav |
| P5_5033_95_20221209142531.wav |
| P5_5033_123_20221213135430.wav |
| P6_5033_18_20221209140757.wav |
| P6_5033_19_20221218103450.wav |
| P6_5033_96_20221220203617.wav |
| P7_5033_46_20221218220013.wav |
| P7_5033_54_20221215120708.wav |
| P7_5033_66_20221221144726.wav |
| P7_5033_69_20221216211048.wav |
| P7_5033_101_20221222105245.wav |
| P7_5033_112_20221209133452.wav |
| P7_5033_139_20221222103554.wav |
| P7_5033_147_20221221135129.wav |
| P8_5033_57_20221208094607.wav |
| P8_5033_112_2022108210203.wav |

P8_5033_147_20221217134153.wav
P9_5033_61_20221214104122.wav
P10_5033_29_20221214105758.wav
P10_5033_62_20221218105122.wav
P10_5033_70_20221211122639.wav
P10_5033_80_20221217143654.wav
P11_5033_3_20221211121008.wav
P11_5033_8_20221213141108.wav
P11_5033_133_20221208091232.wav
P11_5033_146_20221221133447.wav
P13_5033_121_20221208100334.wav
P13_5033_126_20221216092709.wav
P14_5033_50_20221215122400.wav
P14_5033_99_20221216205419.wav
P15_5033_89_20221220094350.wav
P17_5033_12_20221214111446.wav
P17_5033_34_20221213133555.wav
P17_5033_63_20221220090707.wav
P17_5033_90_20221208211242.wav
P21_5033_42_20221213141643.wav
P21_5033_118_20221219120710.wav
Resident Messages from 11-22-22 thru 01-12-23.pdf

### *Nexus Report\Nexus Photos Folder*

| Name |
| --- |
| IMG_1248.pdf |
| IMG_1249.pdf |
| IMG_1250.pdf |
| IMG_1251.pdf |
| IMG_1252.pdf |
| IMG_1253.pdf |
| IMG_1254.pdf |
| IMG_1255.pdf |

### *Nexus Report Folder*

| Name |
| --- |
| Rebekah Parker CV.pdf |

*Nygeria Brown Folder*

| Name |
| --- |
| Comprehensive Report.pdf |
| DDS.pdf |
| DL Information.pdf |
| NCIC.pdf |
| People Search.pdf |

*Police Reports\911 Dispatch Call Log Folder*

| Name |
| --- |
| 221121062 - Javonte Washington.pdf |
| 221122020 - Javonte Washington.pdf |

*Police Reports Folder*

| Name |
| --- |
| GCPD Incident Report Case #221122020.pdf |
| GCPD Incident Report Case #221227014.pdf |
| GSP Report #65021-GSPI21CAD039840.pdf |

*Z & Son Videos Folder*

| Name |
| --- |
| New Device001_Camera1_20221116160052.avi |
| New Device001_Camera3_20221116160001.avi |
| New Device001_Camera5_20221116160143.avi |
| New Device001_Camera7_20221116155959.avi |
| New Device001_Camera9_20221116160143.avi |