UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAVONTE DESHAWN WASHINGTON and<br>NYGERIA TASHEEMA BROWN | ) SUPERSEDING INDICTMENT<br>) NO. 4:23-CR-17<br>)<br>)<br>) 18 U.S.C. § 924(a)(1)(A)<br>) False Statement During<br>) Purchase of a Firearm<br>)<br>) 18 U.S.C. § 932<br>) Straw Purchase of a Firearm<br>)<br>) 18 U.S.C. § 922(d)<br>) Transfer of Firearm to<br>) Prohibited Person<br>)<br>) 18 U.S.C. § 922(g)(1)<br>) Possession of a Firearm by a<br>) Prohibited Person<br>)<br>) 18 U.S.C. § 2<br>) Aiding and Abetting |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*False Statement During Purchase of a Firearm*
18 U.S.C. § 924(a)(1)(A)

On or about November 16, 2022, in Chatham County, within the Southern District of Georgia, the defendants,

**JAVONTE DESHAWN WASHINGTON,**
**NYGERIA TASHEEMA BROWN,**

aided and abetted by each other, did knowingly make a false statement and representation to Z and Son Fine Guns, LLC, a person licensed under the provisions of Chapter 44 of Title 18 of the United States Code, with respect to information

required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Z and Son Fine Guns, LLC, in that defendant **NYGERIA TASHEEMA BROWN**, did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473 Firearms Transaction Record, to the effect that she was the actual buyer of the firearm listed on the Form 4473, a Smith & Wesson, M&P 9 Shield Plus 9mm semi-automatic pistol, whereas in truth and in fact, she was not the purchaser of the firearm.

All in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 2.

# COUNT TWO
*Straw Purchase of a Firearm*
18 U.S.C. § 932

On or about November 16, 2022, in Chatham County, within the Southern District of Georgia, the defendants,

**NYGERIA TASHEEMA BROWN,
JAVONTE DESHAWN WASHINGTON,**

aided and abetted by each other, did knowingly purchase a firearm, to wit: a Smith & Wesson M&P 9 Shield Plus 9mm semi-automatic pistol, in and affecting interstate and foreign commerce for, on behalf of, and at the request and demand of, **JAVONTE DESHAWN WASHINGTON**, knowing and having reasonable cause to believe that **JAVONTE DESHAWN WASHINGTON** had previously been convicted in any court of a crime punishable by imprisonment for a term exceeding one year; and conspired to do so.

All in violation of Title 18, United States Code, Sections 932(b)(1) and 2.

## COUNT THREE
*Transfer to a Prohibited Person*
18 U.S.C. § 922(d)

Between on or about November 16, 2022 and November 22, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

**NYGERIA TASHEEMA BROWN,**

knowingly disposed of a firearm, that is, a Smith & Wesson M&P 9 Shield Plus 9 mm semi-automatic pistol to **JAVONTE DESHAWN WASHINGTON**, knowing and having reasonable cause to believe that **JAVONTE DESHAWN WASHINGTON** had been convicted of a crime punishable by imprisonment for a term exceeding one year.

All in violation of Title 18, United States Code, Section 922(d).

## COUNT FOUR
*Possession of a Firearm by a Prohibited Person*
18 U.S.C. § 922(g)(1)

On or about November 22, 2022, in Chatham County, within the Southern District of Georgia, the defendant,

**JAVONTE DESHAWN WASHINGTON,**

knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess, in and affecting commerce, a firearm, to wit, a Smith & Wesson M&P 9 Shield Plus 9mm semi-automatic pistol, which had been transported in interstate commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

# FORFEITURE ALLEGATIONS

The allegations contained in Counts One through Four of this Superseding Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c).

Upon conviction of one or more of the offenses set forth in Counts One through Four of this Superseding Indictment, the defendants, **JAVONTE DESHAWN WASHINGTON** and **NYGERIA TASHEEMA BROWN,** shall forfeit to the United States pursuant to Title 18, United States Code, Sections 924(d) and 934 and Title 28, United States Code, Section 2461(c), any firearm and ammunition involved in the commission of the offense(s), including, but not limited to, a Smith & Wesson M&P 9 Shield Plus 9 mm semi-automatic, S/N JPT7028.

Upon conviction of Count Two of this Superseding Indictment, the defendant, **NYGERIA TASHEEMA BROWN**, shall also forfeit to the United States pursuant to Title 18, United States Code, Section 934(a)(1)(A) and Title 28, United States Code, Section 2461(c), any property constituting, or derived from, any proceeds the person obtained, directly or indirectly, as the result of such violation.

If any of the property described above, as a result of any act or commission of the defendant:

    a.     cannot be located upon the exercise of due diligence;

    b.     has been transferred or sold to, or deposited with, a third party;

    c.     has been placed beyond the jurisdiction of the court;

    d.     has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

A True Bill.

_____
Jill E. Steinberg
United States Attorney

_____
Michael Z. Spitulnik
Special Assistant United States Attorney
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division

7